LAWSON, J.,
concurring in part and dissenting in part.
I concur with the majority’s decision to vacate Bevel’s death sentence for the Stringfield murder and remand for a- new penalty phase based upon, Hurst error that is not harmless beyond a reasonable doubt. See Okafor v. State, No. SC15-2136, slip op. at 15, — So.3d —, —, 2017 WL *1195 2481266. (Fla. June 8, 2017) (Lawson, J., concurring specially). However, I- would not grant Bevel a new penalty phase for the Sims' murder because, as explained in Justice Canady’s concurring in part and dissenting in part opinion, Bevel’s counsel was not ineffective during the penalty phase.